# ELECTRONIC RECORD



COA # 09-13-00337-CR   OFFENSE: POSS. CONT. SUB.

STYLE: JACKSON, LAWRENCE EDWARDS   COUNTY: Montgomery

COA DISPOSITION: AFFIRM   TRIAL COURT: 221st District Court

DATE: 11/12/2014   Publish: NO   TC CASE #: 12-07-07637-CR

## IN THE COURT OF CRIMINAL APPEALS

STYLE: JACKSON, LAWRENCE EDWARDS v.   CCA #: 1682-14

_PRO SE_ Petition   CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_DISMISSED AS UNTIMELY_   JUDGE: _____

DATE: 01/28/2015   SIGNED: _____   PC: _____

JUDGE: _Per Curiam_   PUBLISH: _____   DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**